```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CARMINE DE CAMILLIS, III | 1:18-cv-11576-NLH-JS |
| Plaintiff, | **ORDER** |
| v. | |
| EDUCATIONAL INFORMATION AND RESOURCE CENTER, CHARLES M IVORY, & MICHAEL PROCOPIO | |
| Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 15th day of September 2020,

ORDERED that Plaintiff's Motion for Default Judgment [ECF No. 27] be, and the same hereby is, GRANTED.

ORDERED that the Clerk of the Court enter the accompanying Opinion and Judgment and thereafter shall mark the case as CLOSED.

                                      s/ Noel L. Hillman
At Camden, New Jersey                 NOEL L. HILLMAN, U.S.D.J.